IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSE ACEVEDO JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ILLINOIS DEPARTMENT OF INNOVATION AND TECHNOLOGY and PROGRESS SOFTWARE CORPORATION a/k/a PROGRESS,<br><br>Defendants. | CASE NO. 2023-CV-003225 |

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT ILLINOIS
DEPARTMENT OF INNOVATION AND TECHNOLOGY**

Plaintiff Jose Acevedo Jr. ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 41(a)(1)A)(i), hereby dismisses all claims asserted in this action against Defendant Illinois Department of Innovation and Technology as follows:

1. All claims of Plaintiff Jose Acevedo Jr., individually, are dismissed without prejudice; and

2. All claims of any unnamed member of the proposed class are dismissed without prejudice.

Each party shall bear their own fees and costs.

Dated: August 14, 2023

                                        Respectfully Submitted,

                                        By:/s/ Jeff Ostrow
                                        Jeff Ostrow
                                        Kristen Lake Cardoso
                                        Steven Sukert
                                        **KOPELOWITZ OSTROW
                                        FERGUSON WEISELBERG GILBERT**

One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100
ostrow@kolawyers.com
cardoso@kolawyers.com
sukert@kolawyers.com

Andrew J. Shamis
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 400
Miami, FL 33132
Telephone: 305-479-2299
ashamis@shamisgentile.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON LLIPS GROSSMAN LLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Phone: (866) 252-0878
gklinger@milberg.com

*Attorneys for Plaintiff Jose Acevedo Jr. and the Putative Class*

2